IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED HERITAGE PROPERTY AND CASUALTY COMPANY, an Idaho corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, foreign corporation,<br><br>　　　　　Defendant. | Case No. 1:10-cv-00456-S-WBS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　　BASED UPON the Stipulation for Dismissal with Prejudice, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED AND THIS DOES ORDER that the above-entitled matter be dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED:  April 5, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Submitted by:

ELAM & BURKE, P.A.

By:   /s/ Jeffrey A. Thomson
　　　　Jeffrey A. Thomson, of the firm
　　　　Attorneys for Plaintiff


ORDER OF DISMISSAL WITH PREJUDICE – 1